IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE SODEN,

    Plaintiff,

v.

THE PRESIDIO TRUST,

    Defendant.
_____/

No. C 04-04978 JSW

**ORDER GRANTING PLAINTIFF LEAVE TO AMEND AND VACATING CASE MANAGEMENT CONFERENCE**

The parties have stipulated to continuing both the Case Management Conference and the hearing on Defendant's motion to dismiss, both currently set for June 3, 2005. In the parties' joint case management statement and in a declaration filed by Plaintiff's counsel, Plaintiff also seeks leave to file an amended complaint. The Court ORDERS that the Case Management Conference and hearing on Defendant's motion to dismiss set for June 3, 2005 are HEREBY VACATED. The Court FURTHER ORDERS that Plaintiff shall file an opposition to Defendant's motion or an amended complaint by no later than July 15, 2005. If Plaintiff files an opposition, Defendant may file a supplemental reply by no later than July 29, 2005 and the Court will reset the hearing date and case management conference as necessary. If Plaintiff files an amended complaint, Defendant's motion will be deemed DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: June 2, 2005
      /s/ Jeffrey S. White
      JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE