Stephine M. Wells SBN 113148
William R. Hopkins SBN 170122
**WELLS & HOPKINS**
Attorneys at Law
1628 Tiburon Avenue
Tiburon, CA 94920
(415) 435-5507
(415) 435-5597 (Fax)

Attorneys for *Plaintiff*
CHRISTINE SODEN

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SODEN, | Case No.:  c04 4978 JSW |
| Plaintiff | |
| vs. | STIPULATION BETWEEN COUNSEL TO CONTINUE TIME FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT FROM JULY 15 TO JULY 19, 2005 AND ORDER |
| THE PRESIDIO TRUST, a wholly owned government corporation; Defendants. | |

The parties hereby stipulate to Request this Court to allow Plaintiff to file and serve her First Amended Complaint on or by Tuesday, July 19, 2005 instead of July 15, 2005. The parties further stipulate that defendant has 30 days to answer otherwise the amended complaint, rather than the 10 days provided for under FRCP 15(a).

1
STIPULATE TO CONTINUE DATE TO FILE FIRST AMENDED COMPLAINT

--

Dated: _____

STEPHINE M. WELLS

Dated: _____

_____
STEVEN J. SALTIEL
Attorneys for Defendant

IT IS SO ORDERED:

Dated: July 19, 2005

/s/ Phyllis J. Hamilton for
Jeffrey S. White
_____
JEFFREY S. WHITE, UNITED
STATES DISTRICT JUDGE

STIPULATE TO CONTINUE DATE TO FILE FIRST AMENDED COMPLAINT

--