United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SODEN,<br><br>      Plaintiff,<br><br>  v.<br><br>THE PRESIDIO TRUST,<br><br>      Defendant.<br>_____ / | No. C 04-04978 JSW<br><br>**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |

IT IS ORDERED that the motion to dismiss and/or strike filed by Defendant in the above captioned matter currently scheduled for hearing on October 28, 2005 is HEREBY CONTINUED to December 16, 2005 at 9:00 a.m. The Court FURTHER ORDERS that any opposition to this motion shall be due on September 2, 2005, and Defendant's reply, if any, shall be due on September 9, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 15, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE