STEPHANIE M. WELLS, CSBN 113148
WILLIAM R. HOPKINS, CSBN 170122
WELLS & HOPKINS, Attorneys at Law
   1628 Tiburon Avenue
   Tiburon, CA 94920
   Telephone: (415) 435-5507
   Facsimile: (415) 435-5597

Attorneys for Plaintiff Christine Soden

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON CSBN 88143
Chief, Civil Division
JULIE A. ARBUCKLE CSBN 193425
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile:  (415) 436-6748

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE SODEN,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRESIDIO TRUST,<br><br>    Defendant. | Nos. C 04-4978 JSW<br><br>STIPULATION RE: ECONOMIC DAMAGES |

Plaintiff Christine Soden ("Plaintiff"), and Defendant the Presidio Trust ("Presidio Trust") hereby agree and stipulate as follows:

### STIPULATION REGARDING ALLEGED ECONOMIC DAMAGES

WHEREAS Plaintiff has filed a Second Amended Complaint that deletes all previous allegations concerning her claim that she was constructively discharged or forced to resign from her employment at Presidio Trust; and

STIPULATION RE: ECONOMIC DAMAGES - C 04-4978 JSW      1

WHEREAS the purpose of this stipulation is to make clear the effect of the amendments to Plaintiff's Complaint so that the hearing on Presidio Trust's motion to dismiss set for December 16, 2005 may be taken off calendar.

Plaintiff and the Presidio Trust HEREBY STIPULATE AND AGREE that:

(1) Plaintiff is not claiming and shall not claim that she was constructively discharged or forced to resign from her employment at Presidio Trust;

(2) Plaintiff is not claiming and shall not seek to recover any economic damages for any time period after her January 20, 2005 resignation from the Presidio Trust; and

(3) The hearing on the Presidio Trust's motion to dismiss set for December 16, 2005 shall be taken off calendar in light of this Stipulation and Plaintiff's Second Amended Complaint.

Respectfully submitted,

| WELLS & HOPKINS | KEVIN V. RYAN |
| --- | --- |
| | United States Attorney |
| /s/ | /s/ |
| Stephanie M. Wells | Julie A. Arbuckle |
| Attorneys for Plaintiff | Assistant United States Attorney |
| | Attorneys for Defendant |
| Dated: December 2, 2005 | Dated: December 2, 2005 |

IT IS SO ORDERED.

Dated: December 8, 2005

JEFFREY S. WHITE
United States District Judge

STIPULATION RE: ECONOMIC DAMAGES - C 04-4978 JSW           2