| | |
|---|---|
| 1 | STEPHINE M. WELLS, CSBN 113148 |
| | WILLIAM R. HOPKINS, CSBN 170122 |
| 2 | WELLS & HOPKINS, Attorneys at Law |
| | 1628 Tiburon Avenue |
| 3 | Tiburon, CA 94920 |
| | Telephone: (415) 435-5507 |
| 4 | Facsimile: (415) 435-5597 |
| 5 | Attorneys for Plaintiff Christine Soden |
| 6 | |
| 7 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 8 | JOANN M. SWANSON CSBN 88143 |
| | Chief, Civil Division |
| 9 | JULIE A. ARBUCKLE CSBN 193425 |
| | Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 11 | Telephone: (415) 436-7102 |
| | Facsimile: (415) 436-6748 |
| 12 | Attorneys for Defendant United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINE SODEN, | ) | Nos. C 04-4978 JSW |
| | ) | |
| Plaintiff, | ) | STIPULATION RE: DEFENDANT'S DEADLINE |
| | ) | FOR A RESPONSIVE PLEADING AND THE |
| v. | ) | PROPER DEFENDANT |
| | ) | |
| THE PRESIDIO TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant hereby stipulate and agree that Defendant shall have until December 16, 2005 to file and serve a pleading responsive to Plaintiffs' complaint in this action.

    Plaintiff and Defendant further hereby stipulate and agree that: (1) David H. Grubb, Chairman of the Presidio Trust Board of Directors, shall be substituted for the Presidio Trust as the defendant in the above-captioned case; (2) The Presidio Trust shall be dismissed from this action; and (3) the caption be amended in all future filings to reflect this substitution. Pursuant to 42 U.S.C. § 2000e-16( c), David H.

STIPULATION RE: DEADLINE FOR RESPONSIVE PLEADING AND PROPER DEFENDANT - C 04-4978 JSW     1

1  Grubb, Chairman of the Presidio Trust Board of Directors, is the head of the Presidio Trust and the only
2  proper defendant in this Title VII case. See 42 U.S.C. § 2000e-16( c) (the <u>only</u> proper defendant in a
3  Title VII action is "<u>the head</u> of the department, agency, or unit," not the agency itself) (emphasis added);
4  <u>Cooper v. United States Postal Service</u>, 740 F.2d 714, 715-16 (9th Cir. 1984), *cert. denied*, 471 U.S.
5  1022, 105 S.Ct. 2034 (1985) (rejecting the argument that the agency is a proper defendant in a Title VII
6  case); <u>White v. General Servs. Admin.</u>, 652 F.2d 913, 916 n. 4 (9th Cir. 1981) (same).

7       Defendant expressly reserves and does not waive the right to object to the Court's jurisdiction to
8  the extent that Plaintiff alleges any claims or damages prohibited by Section 103(c)(7) of the Presidio
9  Trust Act (16 U.S.C. § 460bb note (2000)), and this stipulation shall have no affect on such right.

Respectfully submitted,

| WELLS & HOPKINS | KEVIN V. RYAN |
| --- | --- |
| | United States Attorney |
| /s/ | /s/ |
| Stephine M. Wells | Julie A. Arbuckle |
| Attorneys for Plaintiff | Assistant United States Attorney |
| | Attorneys for Defendant |
| Dated: December 9, 2005 | Dated: December 8, 2005 |

IT IS SO ORDERED.

Dated: December 14, 2005

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

STIPULATION RE: DEADLINE FOR RESPONSIVE PLEADING AND PROPER DEFENDANT - C 04-4978 JSW    2