Stephine M. Wells SBN 113148
William R. Hopkins SBN 170122
**WELLS & HOPKINS LLP**

1628 Tiburon Avenue
Tiburon, CA 94920
(415) 435-5507
(415) 435-5597 (Fax)

Attorneys for *Plaintiff*
CHRISTINE SODEN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE SODEN, | Case No.: C 04-4978 JSW |
| Plaintiff | E-FILING |
| vs. | REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER |
| THE PRESIDIO TRUST, a wholly owned government corporation; | |
| Defendants. | |

 Based upon a mutual settlement and release, Plaintiff Christine Soden hereby Dismiss her underlying lawsuit with prejudice.

 ALL sides to bear its own attorneys fees and cost.

WELLS & HOPKINS, LLP

Dated: 6/2/06    By: _____
STEPHINE M. WELLS

IT IS SO ORDERED:

DATED: July 5, 2006    _____
HONORABLE JUDGE JEFFREY S. WHITE

2
REQUEST FOR DISMISSAL With PREJUDICE AND ORDER C04 4978 JSW--